IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-00532 |
| | ) | |
| | ) | Chapter 13 |
| Regina I Legoo | ) | |
| Debtor(s). | ) | Judge Janet S. Baer (Kane) |

NOTICE OF WITHDRAWAL

TO:   **Debtor,** Regina I Legoo, 1153 Bayside Rd Elgin, IL 60123 *via US mail*

**Trustee,** Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532

*via ECF clerk's electronic delivery system*

**U.S. Trustee,** 219 S. Dearborn Suite 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

**See attached service list**

PLEASE TAKE NOTICE that the Motion to Modify Plan that was to be heard on **March 19, 2021 at 9:30 a.m** before the Honorable Judge Janet S. Baer via Zoom for Government is hereby withdrawn.

By:   /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on March 9, 2021 before the hour of 5:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600